# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2838

_____

Jon David Brooks,                          *
                                           *
                    Appellant,             *     Appeal from the United States
                                           *     District Court for the District
        v.                                 *     of Minnesota.
                                           *
United States of America,                  *          [UNPUBLISHED]
                                           *
                    Appellee.              *

_____

Submitted: November 3, 2005
Filed: November 9, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.


Jon David Brooks filed a 28 U.S.C. § 2255 motion to vacate Brooks's sentence based on the Supreme Court's decision in <u>Blakely v. Washington</u>, 542 U.S. 296 (2004). The district court[*] denied relief, but granted a certificate of appealability on whether the ruling in <u>Blakely</u>--and now <u>United States v. Booker</u>, 125 S. Ct. 738 (2005)--applies retroactively to cases on collateral review. The rule announced in <u>Booker</u> does not apply to final criminal judgments on collateral review. <u>See</u> <u>Never</u>

_____

[*]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

Misses A Shot v. United States, 413 F.3d 781, 783-84 (8th Cir. 2005) (per curiam). Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____